FILED:  April 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1531
(1:19-cv-00593-LCB-JLW)

_____

ZION WILLIAMSON

       Plaintiff - Appellee

v.

PRIME SPORTS MARKETING, LLC; GINA FORD

       Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:19-cv-00593-LCB-JLW |
| Date notice of appeal filed in originating court: | 04/27/2026 |
| Appellant(s) | PRIME SPORTS MARKETING, LLC; GINA FORD |
| Appellate Case Number | 26-1531 |
| Case Manager | K. Hancock 804-916-2702 |