FILED:  May 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1531
(1:19-cv-00593-LCB-JLW)

_____

ZION WILLIAMSON

Plaintiff - Appellee

v.

PRIME SPORTS MARKETING, LLC; GINA FORD

Defendants - Appellants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 06/25/2026

Opening brief due: 06/25/2026

Response brief due: 07/27/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk