FILED: September 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1531
(1:19-cv-00593-LCB-JLW)

---

ZION WILLIAMSON

Plaintiff - Appellee

v.

PRIME SPORTS MARKETING, LLC; GINA FORD

Defendants - Appellants

---

O R D E R

---

The court extends the briefing schedule as follows:

Joint appendix due: 10/09/2026

Opening brief due: 10/09/2026

Response brief due: 12/16/2026

Any reply brief due: 01/27/2026

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk